## Washington Sporting Club Liquor License Case.

Argued December 10, 1969. *J. Iannucci*, Assistant Attorney General, with him *I. Harry Checchio*, Special Assistant Attorney General, *Thomas J. Shannon*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Pennsylvania Liquor Control Board, appellant; *Lynwood F. Blount*, for appellee.

Order affirmed.

## Webb Unemployment Compensation Case.

Argued December 12, 1969. *Cecil Webb*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.

## Wegrzyn *v.* Briggs (et al., Appellant).

Argued December 11, 1969. *Arthur Silverblatt*, with him *James, Harris, Silverblatt and Townend*, for appellant; *Sol Lubin*, with him *Albert N. Danoff*, and *Winkler, Danoff, Lubin and Toole*, for appellees.

Judgments affirmed.